### 8644. GRAVES et al. *v.* THOMPSON.

LUKE, J. 1. Where a person dies intestate owing a promissory note and leaving five heirs at law, and four of them convey all of the intestate's estate to the fifth heir by a deed wherein it is recited that a "further consideration moving to this conveyance [is] the payment by [the grantee] of all the indebtedness of" the intestate, the payee of the note, not being a party to the deed, sustains no contractual relation to the grantee therein; and, whatever his rights against the estate may be, he can not maintain against the grantee an action upon the note. In such a case, only the grantors in the deed could maintain an action to recover the recited consideration. *Williams* v. *Moody,* 95 *Ga.* 10 (22 S. E. 30).

2. The court did not err in sustaining the general demurrer and dismissing the suit.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED JANUARY 21, 1918.

Complaint from Lee superior court—Judge Littlejohn. November 24, 1916.

*Alexander & Charles Akerman,* for plaintiffs.

*Wallis & Fort,* for defendant.